UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
AUG 0 7 2025
AT ~~8:30~~ 12:42 P.M
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Evelyn Padin |
| v. | : | Crim. No. 25- 501 (EP) |
| CHRISTOPHER CASTELLUZZO | : | 18 U.S.C. § 1956(h) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

1. From at least as early as in or around July 2014 through in or around September 2022, in the District of New Jersey and elsewhere, the defendant,

**CHRISTOPHER CASTELLUZZO,**

knowingly and intentionally conspired and agreed with others, known and unknown, to (a) conduct and attempt to conduct financial transactions, which involved the proceeds of a specified unlawful activity, that is, the distribution of controlled substances, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity; and (b) knowingly engage and attempt to engage in monetary transactions in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, contrary to Title 18, United States Code, Sections 1956(a)(l)(B)(i) and 1957.

2021R00541/RF

## GOAL OF THE CONSPIRACY

2. It was the goal of the conspiracy for the co-conspirators, including defendant CHRISTOPHER CASTELLUZZO, to conceal the nature, location, source, ownership, and control of illicit proceeds, including drug trafficking proceeds.

## MANNER AND MEANS OF THE CONSPIRACY

3. It was part of the conspiracy that:

   a. In or around July 2014, defendant CHRISTOPHER CASTELLUZZO, with the aid of a co-conspirator ("Conspirator-1"), purchased approximately 30,000 units of Ethereum ("ETH"), a cryptocurrency, using approximately 15 units of Bitcoin ("BTC") valued at approximately $9,000, which were the proceeds of the defendant CHRISTOPHER CASTELLUZZO's illegal drug trafficking.

   b. Thereafter, defendant CHRISTOPHER CASTELLUZZO, Conspirator-1, and another co-conspirator ("Conspirator-2") agreed to engage in domestic and international transactions designed, in whole or in part, to conceal the nature, location, source, ownership and control of the proceeds, and agreed to engage in domestic and/or international transactions through cryptocurrency exchanges while making misrepresentations as to the source of the specified unlawful activity proceeds.

   c. The conspirators often focused on how they could avoid drawing the attention of banks, exchanges, and law enforcement because of the illegal source of the Bitcoin used to purchase the ETH, and how they could avoid paying taxes.

2021R00541/RF

          d.       Conspirator-2 was enlisted to store and manage the ETH while defendant CHRISTOPHER CASTELLUZZO and Conspirator-1 were incarcerated in New Jersey due to convictions related to their illegal drug trafficking. Accordingly, due to the risk of conducting transactions from prison computers, Conspirator-2 controlled defendant CHRISTOPHER CASTELLUZZO's ETH and other cryptocurrency holdings and had access to the information necessary to access the ETH, including keys and wallets.

          e.       In or around March 2021, in return for accepting the risk of storing and managing transactions involving illegal drug proceeds, defendant CHRISTPHER CASTELLUZZO agreed to pay Conspirator-2 approximately 2,000 ETH, which was worth approximately $3.69 million at that time.

In violation of Title 18, United States Code, Section 1956(h).

2021R00541/RF

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 18, United States Code, Section 1956(h), charged in this Indictment, the defendant,

**CHRISTOPHER CASTELLUZZO,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property. The property subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1) includes, but is not limited to, the following cryptocurrency which was seized by the United States in or around July 2022:

a. approximately 30,006 Ether;

b. approximately 153,925.11 Cronos;

c. approximately 764.19 Solana;

d. approximately 23,848.96 Cardano;

e. approximately 32,232.24 Algorand;

f. approximately 299.48 Avalanche;

g. approximately 0.49 Bitcoin;

h. approximately 1,150.71 Polkadot;

i. approximately 1,589.32 Chainlink;

j. approximately 17,208.48 Polygon;

k. approximately 393 TrueUSD; and

l. approximately 2,466.36 Uniswap.

2021R00541/RF

A TRUE BILL



TODD W. BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

*Alina Habba*
_____
Alina Habba
Acting United States Attorney and
Special Attorney

*[signature]*
_____
Margaret A. Moeser
Chief, Money Laundering
Asset Recovery Section
United States Department of Justice

CASE NUMBER: 25-501

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

CHRISTOPHER CASTELLUZZO

## INDICTMENT FOR



TODD W. BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY AND SPECIAL ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

ROBERT FRAZER AND JORDAN ANGER
ASSISTANT U.S. ATTORNEYS
NEWARK, NEW JERSEY
973-645-2700

MOLLY MOESER
CHIEF
*MONEY LAUNDERING AND ASSET RECOVERY SECTION*
*U.S. DEPARTMENT OF JUSTICE*

ADRIENNE ROSEN
TRIAL ATTORNEY
*MONEY LAUNDERING AND ASSET RECOVERY SECTION*
*U.S. DEPARTMENT OF JUSTICE*
202-616-2690