**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER CASTELLUZZO. | No. 25cr501 (EP)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Defendant's motion to dismiss the indictment and to disqualify the United States Attorney's Office from prosecuting this matter (D.E. 24); and it appearing that Defendant's instant motion raises legal challenges to the Attorney General's December 8, 2025 joint appointment of Philip Lamparello, Jordan Fox, and Ari Fontecchio to supervise and conduct the operations of the United States Attorney's Office in the District of New Jersey, respectively; and it further appearing that, this Court cannot and should not resolve Defendant's motion based on its conflict of interest; and it further appearing that, by Order entered December 18, 2025, the Honorable Michael A. Chagares, Chief Judge of the United States Court of Appeals for the Third Circuit, designated the Honorable Matthew W. Brann of the United States District Court for the Middle District of Pennsylvania to handle all cases presenting the same or similar issues for such a period as is necessary for the disposition of same cases; and for good cause shown

**IT IS** on this **20th** day of January 2026,

**ORDERED** that this action is hereby transferred to Judge Brann, District Judge for the Middle District of Pennsylvania.

Evelyn Padin, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

UNITED STATES OF AMERICA

v.

RAHEEL NAVIWALA

Criminal Action No. 2:24-cr-00099

_____

**DESIGNATION OF DISTRICT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Matthew W. Brann of the United States District Court for the Middle District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter and all related cases.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated: December 18, 2025