

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*Jordan M. Anger*                    *970 Broad Street, Suite 7000*                    *jordan.anger@usdoj.gov*
*Assistant United States Attorney*        *Newark, New Jersey 07102*                        *973.645.2829*

March 30, 2026

Hon. Matthew W. Brann
Chief United States District Judge
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

> Re:    *United States v. Christopher Castelluzzo*, Crim. No. 25-501

Dear Chief Judge Brann:

I write on behalf of the parties regarding the impact on Defendant Christopher Castelluzzo's authority challenge of Robert Frazer's recent appointment as United States Attorney. Because the grand jury returned Castelluzzo's indictment after June 30, 2025, the United States will re-present the case to the grand jury within the next few weeks. If the grand jury returns a superseding indictment, the parties agree that this Court should transfer this case back to the Honorable Evelyn Padin, U.S.D.J. At that point, there would be no issues in the pending authority motion that remain unresolved in light of Mr. Frazer's appointment. The parties thank the Court for its consideration.

The parties thank the Court for its consideration.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Jordan M. Anger*
       JORDAN M. ANGER
       Assistant United States Attorney

cc:    Counsel of Record (via ECF)