

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*Jordan M. Anger*                    *970 Broad Street, Suite 7000*                    *jordan.anger@usdoj.gov*
*Assistant United States Attorney*          *Newark, New Jersey 07102*                         *973.645.2829*

May 12, 2026

Hon. Matthew W. Brann
Chief United States District Judge
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

      Re:    *United States v. Christopher Castelluzzo*, Crim. No. 25-501

Dear Chief Judge Brann:

      I write on behalf of the United States of America regarding the impact of Robert Frazer's recent appointment as the United States Attorney for the District of New Jersey on Defendant Christopher Castelluzzo's authority challenge. *See* ECF No. 24-1. Because the Grand Jury recently returned a superseding indictment, the United States believes that Defendant's authority challenge is now moot and that this Court should transfer this case back to the Honorable Evelyn Padin, U.S.D.J. Counsel for Defendant does not consent to this request.

      The Government thanks the Court for its consideration.

                         Respectfully submitted,

                         ROBERT FRAZER
                         United States Attorney

           By:    *s/ Jordan M. Anger*
                     JORDAN M. ANGER
                     Assistant United States Attorney

- 2 -

MARGARET A. MOESER
Chief, Money Laundering, Narcotics
and Forfeiture Section
U.S. Department of Justice, Criminal
Division

By:    *s/ Adrienne E. Rosen*
Adrienne E. Rosen
Madison Albrecht
Trial Attorneys


cc:    Counsel of Record (via ECF)

- 2 -