**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

v.

CHRISTOPHR CASTELLUZZO,

Defendant.

No. 2:25-CR-00501

(Chief Judge Brann)[*]

**ORDER**

**MAY 14, 2026**

Following the appointment of Robert Frazer as United States Attorney for the District of New Jersey,[1] the parties in this case agreed that "[i]f the grand jury returns a superseding indictment, the parties agree that this Court should transfer this case back to [the originally presiding Judge]."[2] The Government then sought and obtained a superseding indictment.[3] However, Defendant no longer consents to the transferring back of this matter.[4] Castelluzzo has not indicated why this matter should not be transferred back, and there has been no shift in the factual or legal posture since their joint letter agreed to a transfer following the return of a superseding indictment.

---

[*]  The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1]  *In re Appointment of United States Attorney for the District of New Jersey*, Order No. 2026-03 (D.N.J. Mar. 23, 2026) (citing 28 U.S.C. § 546(d)).

[2]  Doc. 37.

[3]  Doc. 38.

[4]  *See* Doc. 39.

I have addressed the authority issues at length and have held that Mr. Frazer was lawfully appointed.[5] Disputes about the sufficiency of the superseding indictment therefore do not involve authority questions, and are instead remedies issues which fall beyond the scope of my special designation to oversee this matter.[6] Moreover, I similarly view arguments regarding the interaction between the original and superseding indictments as pure remedies questions given my comprehensive resolution of the authority issues.[7] Accordingly, **IT IS HEREBY ORDERED** that:

1.    The stay in this matter is **LIFTED**; and

2.    This case is **TRANSFERRED** back to the original presiding Judge for resolution of any outstanding issues in the pending motion to dismiss the indictment (Doc. 27).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

[5]    *United States v. Naviwala*, No. 2:24-CR-0099, 2026 WL 1031149 (D.N.J. Apr. 16, 2026).
[6]    *See* Order at 1 & n.3, *United States v. Matthaei*, No. 3:24-CR-0412 (D.N.J. Apr. 6, 2026), Doc. 95.
[7]    *See* Order, *United States v. Perez*, No. 1:25-CR-0573 (D.N.J. Apr. 9, 2026), Doc. 59 (transferring similar issue back to originally presiding Judge).