

116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
609.734.4380

52 Duane Street, 7th Floor
New York, New York 10007
212.933.9323
PKATZLEGAL.COM

June 2, 2026

**Via ECF**
District Judge Evelyn Padin
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE:    **U.S. v. Christopher Castelluzzo,** 25 CR 501(EP)

Dear Judge Padin:

I represent defendant Christopher Castelluzzo in the above referenced criminal case. Earlier today Your Honor set the Arraignment on a Superseding Indictment for June 8, 2026 at Noon.

I write now to request that the Court change the date (or time) of the arraignment. On June 8th at 11:00am, I have a previously scheduled conference before Judge Clark in the Eastern District of New York in Brooklyn and at 1:30pm, I have a previously scheduled conference before Judge Rockwell in Monmouth County Superior Court in Freehold, New Jersey. I will not have enough time between those appearances to make a 12:00pm appearance before Your Honor.

I could appear on Monday June 8th at 9:00am, Tuesday, June 9th any time before 1:30pm or Friday, June 12th any time before 2:00pm.

Thank you in advance for Your Honor's understanding.

Sincerely,

Peter Katz, Esq.
Law Offices of Peter Katz, LLC