

**U.S. Department of Justice**

United States Attorney
District of New Jersey

June 3, 2026

Honorable Evelyn Padin
United States District Judge
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

           Re: *United States v. Christopher Castelluzzo*, Crim. No. 25-501

Dear Judge Padin:

      The United States writes to join Defendant's request to move the date of Defendant's arraignment (ECF No. 42) and request that the Court reschedule the arraignment for a date in mid-July.  This office has been advised by the United States Marshals Service ("USMS") that it will take approximately five weeks from the date the arraignment is set for the USMS to transfer Defendant from the custody of the Bureau of Prisons at FCI Danbury for an appearance in Newark. The USMS only runs periodic transports between facilities, so the logistics require a five-week lead time in order to ensure the Defendant's timely appearance.

      The Government apologizes for the inconvenience and thanks the Court for its consideration.

                Respectfully submitted,

                ROBERT FRAZER
                UNITED STATES ATTORNEY

      By:   *s/ Jordan M. Anger*
            Jordan M. Anger
            Assistant United States Attorney

MARGARET A. MOESER
CHIEF, MONEY LAUNDERING, NARCOTICS
AND FORFEITURE SECTION
U.S. DEPARTMENT OF JUSTICE

By:    *s/ Madison M. Albrecht*
Madison M. Albrecht
Adrienne E. Rosen
Trial Attorneys

cc: All Counsel of Record (via ECF)

2