UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: EVELYN PADIN                              Date: 8/4/2026
Court Reporter: FRANCESCA DIBELLA                Docket No: 25-cr-501

**Title of the Case:**
USA
  v.
CHRISTOPHER
CASTELLUZZO

**Appearances:**
- AUSA Adrienne Rosen, AUSA Robert Frazer, AUSA Jordan Anger and AUSA Madison Albrecht on behalf of the USA
- Peter Katz and Leslie Sammis on behalf of the Defendant

**Nature of Proceedings: Arraignment and Motion Hearing**

- **Defendant present and sworn in**
- **Reading of the Indictment Waived by Defense counsel**
- **The Government puts charges and penalties on the record**
- **Defendant pleads not guilty to count 1s**
- **Defendant Remanded**
- **The court hears arguments on the motion for a hearing and judicial inquiry into potential conflict of interest filed by the Government**
- **Further directions on this matter will be put on the docket**
- **Defense counsel requests the Defendant be moved back to Hudson County jail. While the court has no say where a Defendant is housed, the Court will recommend that the Defendant be moved back to Hudson County jail**

Commenced: 11:28am
Concluded: 12:38pm

*Briana Townsend, Deputy Clerk*
to the Hon. Evelyn Padin, U.S.D.J.